No. 790. NATIONAL LABOR RELATIONS BOARD *v.* DEENA ARTWARE, INC., ET AL. C. A. 6th Cir. Certiorari granted. MR. JUSTICE STEWART took no part in the consideration or decision of this application. *Solicitor General Rankin, Ralph S. Spritzer, Jerome D. Fenton, Thomas J. McDermott, Dominick L. Manoli* and *Irving M. Herman* for petitioner. *James G. Wheeler, Mervin N. Bachman, Thomas J. Marshall, Jr.* and *Sidney R. Zatz* for respondents.

No. 32, Misc. ARNOLD *v.* BEN KANOWSKY, INC. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit granted. *Arthur J. Riggs* and *Charles R. Cravens, Jr.* for petitioner. *G. H. Kelsoe, Jr.* for respondent. *Solicitor General Rankin, Stuart Rothman, Bessie Margolin* and *Sylvia S. Ellison* for the Secretary of Labor, as *amicus curiae,* in support of the petition.

No. 723. DAVID DAVIES, INC., *v.* SENSENBRENNER ET AL. Supreme Court of Ohio. Certiorari denied. *John L. Davies, Jr.* for petitioner. *Russell Leach* for the City of Columbus, Ohio, respondent.

No. 781. MERCER *v.* THERIOT. C. A. 5th Cir. Certiorari denied. *Warren E. Miller* for petitioner. *Robert G. Hughes* for respondent.

No. 689, Misc. HERGE *v.* BANMILLER, SUPERINTENDENT, EASTERN STATE PENITENTIARY. Supreme Court of Pennsylvania, Eastern District. Certiorari denied.